# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA LYNN DAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-09-125-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Debra Lynn Dawkins brings this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits.

Magistrate Judge Shon T. Erwin issued a Report and Recommendation on January 14, 2010 (doc. no. 21), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings. In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation within twenty days of the date of the filing of the Report. He also advised them that failure to make timely objection to the Report waives their right to appellate review of factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Erwin as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** for further administrative proceedings consistent with the Report.

Dated this 5th day of February, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0125p002.wpd